IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

ROMAN CATHOLIC FOUNDATION, UW-MADISON,
INC., ELIZABETH A. PLANTON and ELIZABETH
A. CZARNECKI,

                                  Plaintiffs,

    v.

DAVID WALSH, MARK J. BRADLEY, JEFFREY
BARTELL, ELIZABETH BURMASTER, EILEEN
CONNOLLY-KESSLER, JUDITH V. CRAIN,
MARY QUINNETTE CUENE, DANAE DAVIS,
MICHAL J. FALBO, THOMAS LOFTUS, MILTON
MCPIKE, CHARLES PRUITT, PEGGY ROSENZWEIG,
JESUS SALAS, BRENT SMITH, MICHEL J. SPECTOR,
KEVIN P. REILLY, JOHN D. WILEY, LORI M. BERQUAM,
ELTON J. CRIM, JR. and YVONNE FANGMEYER,

                                  Defendants.

ORDER

07-cv-505-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

    I am disqualifying myself in this case pursuant to 28 U.S.C. § 455.

    Entered this _____12th_____ day of August, 2008.

                                  BY THE COURT:

                                  /s/ Barbara B. Crabb
                                  BARBARA B. CRABB
                                  District Judge

1